1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Maria Teresa Powell-Salinas-Sanchez

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08mj0116
                                      )
12 |          Plaintiff,               )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | MARIA TERESA POWELL-SALINAS-SANCHEZ,)
                                      )
15 |          Defendant.               )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov; and

20                          Ned Lynch
                        nedlynch@aol.com

22                        Respectfully submitted,

24 DATED:    January 28, 2008           /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Maria Teresa Powell-Salinas-Sanchez