# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIA TERESA POWELL-SALINAS-SANCHEZ(1),<br><br>　　　　　　Defendant. | CASE NO. 08MJ0116<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal without prejudice

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

___　of the offense(s) of:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


Dated:　__01/30/08__

　　　　　　　　　　　　　　　　　　　　　*Barbara L. Major* (signature)

　　　　　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　　　ENTERED ON _____