MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**JANUARY 30, 2008**

| HON. **BARBARA L. MAJOR** | | | DEPUTY CLERK: **M. BEHNING** |
|---|---|---|---|
| 08mj0116-NLS | USA | VS | MARIA TERESA POWELL-SALINAS-SANCHEZ(1/C/SPA) 07037298 |
| | | | 1: CAREY GORDEN - N/A AUSA: CAROLINE HAN |

STATUS CONFERENCE
================================================================
BLM08:1548-1550


DEFT NOT PRESENT
GOVT ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED WITHOUT PREJUDICE
COURT HEREBY VACATES ANY PENDING DATES IN THIS CASE
ABSTRACT ISSUED TO USM